UNITED STATE DISTRICT COURT
FOR DISTRICT OF COLUMBIA.
June     2005

Mihretu Bulti Dasisa
1725 Lincolon Rd, NE     Case No:
Washington DC-20002
Tel-202-635-1041
              Plentoff-

DISTRICT OF Columbia
Housing Authority
1133 North Capital ST-NB
Washington DC-20002-7599
              Defendent

## COMPLAINT

- This Court has subject matter and other jurisdiction of all civil-actions under the Constitution, Laws or treaties of United State--
    see: Title 28 (U.S.C) sect-1338)
    : Applicable provision (1976 Act)

- Plentoff brought this case to majestrate court jurisdiction—seeking his/her power in securing fairness, inadmistration of Justice, promotion of growth and development of the law of evidence, truth for " Right shall not be construed to Deny or Disparaged others retained by people".
    see: Federal Rule 102 (purpose and Construction)
    : Amendment NINE.

FILED JUL 13 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

CASE NUMBER: 1:05CV01398
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 07/13/2005
JURY ACTION

RECEIVED JUN 28 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

## CAUSE OF ACTION -2-
### HOUSING DISCRIMINATION
(FEDERAL QUESTION, TORT LAW)

- Defendent D-C- HUD - Section Cordonator, Housing Director, Received "NOTICE OF Action" or Reminder for D-C- Certification as HUD- Rules Refussed, Discermonative denial Received, against the Law (defendent proved)
    see:- Equal opportunity
 see: Exhibit I - Annexed D - Commission as Congressional STATUES (for Fair housing)
- Defendent has NO Right to Strippe Massachusettus HUD - Certified sect-8- Forworded to D-C- HUD - for FAIR Housing Denied-
 see "Rights shall not be Construed to deny or disparaged others Retaind by people".
            (Amendment NINE violated.)
 see - civil-Right 1964 - Title 7.
    - DC - Human Right Right Acts of 1977 as Amended -
    - D-C- official Code, Sect-2-1401.1 etseq
- As Plentiff suffered Housing segregation
- As Magestrate court entred An ORDER on 03/17/1999 (I-98-cv-02945)
 Plentiff Request Honerable court TRIAL by JURY for Judicial Remedy proceeding grant.
    Wherefore, Plentiff demand Judgement against defendent in sum $5 million.
            Respectfully
            Mihretu Bulti Dassa
            1725 Lincoln Rd - NE
            Wash - DC - 20002

rtificate
ion 8 Tenant-Based Assistance
ial Certificate Program

U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing

Exhibit I -
Affidavit -

OMB No. 2577-0169 (exp. 8/31/98)

Reporting Burden for this collection of information is estimated to average 0.05 hours per response, including the time for reviewing instructions, searching existing ources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies stems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600; and to the Office of Management and Budget, Paperwork Reduction 1 (2577-0169), Washington, D.C. 20503. Do not send this completed form to either of the above addressees.

| | |
|---|---|
| read entire document before completing form, all blanks below. Type or print clearly. | Certificate Number **57** |
| ert unit size in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, f is used in determining the amount of assistance to be paid on behalf of the Family to the owner.) | 1. Unit Size **1 BEDROOM** |
| te Certificate Issued. ert actual date the Certificate is issued to the Family. | 2. Issue Date **11·20·97** |
| te Certificate Expires. ert date sixty days after date Certificate is issued. (See section 6 of this form.) | 3. Expiration Date **1·20·98** |
| e Extensions Expire, if applicable. | 4a. 1st Extension Expiration Date **2·20·98**  4b. 2nd Extension Expiration Date **3-20-98 FINAL** +5 |
| ie of Family Representative **BULTI, MIHRETU** | 6. Signature of Family Representative *Bulti Mihretu*  Date Signed **12/5/97** |
| ie of Housing Agency (HA) **SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY** | TTP 271. |
| e and Title of HA Official **DANIEL POPOVICH** | 9. Signature of HA Official  Date Signed **DEC 0 5 1997** |

tion 8 Rental Certificate Program

The housing agency (HA) has determined that the above
family (item 5) is eligible to participate in the Section 8
Certificate Program. Under this program, the family chooses
nt, safe and sanitary unit to live in. If the owner agrees to lease
it to the family under the Rental Certificate Program, and if
approves the unit, the HA will enter into a contract with the
to make monthly payments to the owner to help the family pay
nt.

The HA determines the amount of the monthly housing
ince payment to be paid. Generally, the monthly housing
ince payment by the HA is the difference between the contract
the lease and the tenant rent (usually 30 percent of monthly
ed family income).

rtificate

When issuing this Certificate the HA expects that if the family
ts an approvable l case for an approvable unit, the HA will have
oney available to enter into a housing assistance payments
) contract with the owner. However, the HA is under no
tion to the family, to any owner, or to any other person, to
ve any unit or lease. The HA does not have any liability to any
by the issuance of this Certificate.

The Certificate does not give the family any right to participate
HA's Section 8 Rental Certificate Program. The family
ies a participant in the HA's Section 8 Program when the HAP
ict between the HA and the owner takes effect.

During the initial or any extended term of this Certificate, the
ay require the family to report progress in leasing a unit at such
als and times as determined by the HA.

3. HA Approval or Disapproval of Unit Lease

A. When the family finds a suitable unit where the owner is
willing to participate in the program, the family must give the HA
the Request for Lease Approval (on the form supplied by the HA),
signed by the owner and the family, and a copy of the proposed lease.
Note: Both documents must be given to the HA no later than the
expiration date stated in Item 3 or 4 on top of page one of this
Certificate.

B. The family must submit these documents in the manner that
is required by the HA. HA policy may prohibit the family from
submitting more than one Request for Lease Approval at a time.

C. The lease must include, word-for-word, all provisions of the
lease addendum required by HUD and supplied by the HA. This is
done by adding the HUD lease addendum to the lease used by the
owner. If there is a difference between any provisions of the HUD
lease addendum and any provisions of the owner's lease, the
provisions of the HUD lease addendum shall control.

D. After receiving the request for lease approval and the proposed
lease, the HA will inspect the unit. The HA may not give approval
for the family to lease the unit or execute the HAP contract until the
HA has determined that all the following program requirements are
met: the unit is eligible; the unit has been inspected by the HA and
passes the housing quality standards (HQS); the rent is reasonable
and does not exceed any fair market rent limitations; and the lease
is approved and includes the HUD lease addendum.

E. If the HA approves the unit and the lease, the HA will notify
the family and the owner, and will furnish both copies of the HAP
contract to the owner.

FILED
JUL 13 2005
05 1398
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

form HUD-52678 (9/95)