UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIHRETU B. DASISA** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | **CASE No. 05-1398 CKK** |
| **V.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| **HOUSING AUTHORITY** ) | |
| ) | |
|     **Defendant** ) | |

**ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS**

Upon consideration of the Defendant, District of Columbia Housing Authority's Motion to Dismiss and any opposition thereto, it is this _____ day of _____, 2005

**ORDERED** the Defendant, District of Columbia Housing Authority's Motion to Dismiss Plaintiff's Complaint be and hereby is GRANTED, and;

**ORDERED** that the Plaintiff's Complaint be and hereby is dismissed with prejudice.

 

_____
Colleen Kollar-Kotelly, Judge

Copies to:

Mihretu B. Dasisa
1725 Lincoln Road, N.E.
Washington, D.C. 20002

Hans Froelicher, IV
Office of General Counsel, DCHA
1133 N. Capitol Street, N.E.
Washington, D.C. 20002