UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mihretu Bulti Dasisa, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1398 (CKK) |
| | : | |
| District of Columbia | : | |
| Housing Authority, | : | |
| | : | |
| Defendant. | : | |

ORDER

This matter is before the Court on defendant's motion to dismiss. Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 19th day of September 2005,

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss no later than **October 21, 2005**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the case.

                                                    _____s/s_____
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

Paper Copy to:

Mihretu Bulti Dasisa
1725 Lincoln Road NE
Washington, DC 20002