UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasisa,                :
                                     :
        Plaintiff,                   :
    v.                               :        Civil Action No. 05-1398 (CKK)
                                     :
District of Columbia                 :
Housing Authority,                   :
                                     :
        Defendant.                   :

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss [Doc. No. 5] is GRANTED, and this case is DISMISSED.  This is a final appealable Order.

                                          _____s/s_____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge

Date: April 12, 2006


Paper Copy to:

Mihretu Bulti Dasisa
1725 Lincoln Road NE
Washington, DC 20002