UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.
April-27, 2006.

Mihretu Bulti Dasisa
1725 Lincoln Rd, NE
Washington DC-20002-
                Plaintiff-

D.C. Housing Authority
1133 N. Capital, ST-NE-
Wash-DC-20002-7599.
                Defendant.

CASE NO: 05-1398 (CKK)

RECEIVED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file granted as of received stamp 4/27/06.
Judge CKK  /s/ Vitally 8/1/06

(1) MOTION FOR RELIEF FROM ORDER AND MEMORANDUM
        ENTERED ON APRIL-12, 2006; Recied April 26/06

(2) OR: - ALTERNATIVE:
    MOTION FOR NOTICE OF APPEAL TAKING TO
    DISTRICT APPEAL CIRCUIT COURT
        (Persuant to Fed-R-60 (Sect-a,b,1,2,3,6--)
        (Persuant to Fed-R-1979 3(d) Respectively -

1- NOTICE is hereby Given that plaintiff above named
   Appeal to Honorable Federal Judge from Final ORDER
   And MEMORANDUM entered on April 12, 2006-Recei
   ved on April-26, 2006 After 14 days delay in
   postal process - IN And out - intitled to this Appeal-
        See:- Exhibit I Attached - Mail Stamp.

2- Plaintiff Respectfully Honer, and accept Courts
   ORDER And MEMORANDUM - As assumed alleged FACTs
   to be TRUE drawing inferance in plaintiff's favor.
   TO PROVE IN SUPPORT OF CLAIM TO THIS RELIEF.

        A. This case was Filed in US-District Court in
        Sacramento for local Appartment owner

-2-

violated equal opportunity to public-accommodation, Rent and Lease signed but cancelled, Refussing; Honering sect-8 Rent contract entred with plaintoff -- that involved CALIFornia STATE HUD DIRECTOR-U.S. Congress for judicial Directory to Rule of Law these Constitutional and Law Authorities Received the cause of this Lawsuit.

B. Sacramento HUD was ORDERED FORWARED sect-8 certificate for D.C. Housing on or between 4/5/97 to 4/5/98 while Same case was filed in U.S. District Court in sacramento - on Pending (year 1997.)

C- Because Complaint pro-se proceeding Grant delayed; higher school Regestration Approched, Moved to washington D.C. Claimed sectvon 8, Re-Certification on 6/23/98 - According to U.S. HUD, Rules, Regulatory policy.

D. Defendent D.C. Housing Authority Addmitted in its Affidant, signed by Mr. Darlone A. Saunders -- dated on 23, Dec-1998 page 3, (Sect- 8-13) stating "VERIFICATION REQUIRED TO GRANT OR DENY sect-8 Federal Housing Assistance Re-Certification in D.C." THIS: proves:- (1) Donal of intitlment before HUD Rules, Regulations, FACT, and Evidences Forwarded from sacramento is A MISTAKE (2) No Reason was presented to this court than Denial based on CASE ON MOTION in U.S. District Court - while sacramento

STATE Governer's OFFICE, U.S. Congress, and U.S. Court against School, and RENT Discremination filed Legally for Correction.

(3) Plaintiff ORDERED Sacramento City, HUD that sided Appartment owners; school discremination issue on or between 3/20/97 and 4/5/98 before 15 days extension date expired -- and went U.S. Court for pending Complaint filed -(1997 - available as Fed-R-56(f) when need be- to justify this claim as TRUE this court assumed to proof...

(4) It is HUD's policy throughout United State beneficiary of Sect-8 Certificate ONLY carry Re-Certification copy provided to it where city it goes to -- that was addmitted by Defendant's Affidavit page 3, sect-(3-8) Attached - undeniable FACT besides. Fed-R-65(f) to enforce-HUD Regulations NOT produced, but mis-led this court decission on April-12, 2006 --

(5) Plaintiff has proved correct on Dispositive Motion Response ORDERED on 9/19/05 -- page 3, I, sect(1) (A, B, C, D) filed TRUE, And FACT to support this claim besides HUD's Rules, Regulatory policy persuant to Fed-R-65(f)(to) justifies this FACT -- producing it to Court Inspection.
Proves:- April 12, 2006, ORDER And Memorandum was based on UNVARIFIED denial of Excess in HUD-D.C. Mistake-

-4-

6- SUMMARY TO CONCLUSAL TO THE LAW-

(1) From standing point of Federal Rules of Evidence on trial -- and Affidavit page 3 of Defendent Sect - (3-8) ORDER And Memorandum entred on April 17, 2006 has proceedural VERIFICATION OF FACT ERROR - to deny or Grant sect-8 HUD intitlement that was mis-interpreated in this court - Honerable judge attention plaintoff is Appealling for fair and Equitable justice denied in D.C-HUD.

(2) Section 8 Certificate brought to D.C-HUD as Mr. Darlone A-Saunder Affidavot Expired in Sacramento -- see page 3, sect (3-8) but Addmitted both failed to harm plaintoff - Required VERIFICATION, when FORWARD ORDER Requested, and case on MOTION in U.S. District Court in Sacramento Proves :- ERROR OF Law, policy, and Consti tution Rights this court stands for.

(3) As in the Rules of Evidences in court trial Section on PRIVILEGE :- It states that: "Otherwise Relevant evidence can be excluded to protect Certain Relationships where Confidencial Communications are Assumed" Proves :- HUD Sacramento And D.C-HUD NOT TO VERIFY Fed. intitlment sect-8, HUD Regulatory policy - for Reasons, NOT TO Testify ONE against the other to harm

-5-

see:- Fed-R-201-Sect (a-g) There could be no previllage violating plaintiff's Right's based on (or equal justice for all)

see:- Fed-R-56 (f) To justify this claim as: TRue, genuin, and trustworthy.

(4) COVIL RULE TRIAL- FED-RULE OF EVidence: ON RELEVANCE:- states that "ONLY EVidence that might help prove or disprove a desputed FACT in the case is RELEVANT and therefore "AFFIDAVIT of Deffendent Page 3 (3-8) is admissable FACT As TRue, NOT VERYFIED before Denial of Sect-8 intitlment, Violating Federal statues, HUD Regulatory Requirement to show this court (failed)."- Therefore, ORDER And memorandum based on UNVERIFIED FACT IS, IRRELEVNT to the LAW And Constitution that Defendent mis-led this court be corrected to Honerable Court Review, ORDER to cheak office for Relief:- Plaintiff Respectfully Requesting.-

(4) VEGUE:- Defendent assertion Complain itself "too Vage" to state claim or cause of Action is self-contradictory for Affadavit proved on page 3 Sect (3-8) CAUSE OF Action was NOT VERIFIED Action taken at its jurisdiction Violated Federal statues, and mis-led this court ORDER OF April 12, 2006 And MEMORANDUM that this court has A power to correct it.

(5) Information this court was looking as Stating Claim - FACTS, evidences as within

(A) Sect-8 Certificate handed to D.C.-HUD-

(B) producing public-RECORD AT ITS Custody for justification is HUD-Authorities duty of Federal Rules Regulation enforcement -- that Plaintiff based its Claim to justify -- Housing and other discreminatory Acts systematically Existed for court Inspection on question

→ See:- Fed-Rule 56(f)

As this CASE PROVED PERSONWAL - NOT FEDERAL -- ERROR At D.C. HUD:

Plaintiff Appeal to Honerable Constitutional and Law Federal Judge Relief from ORDER And Memorandum Entered on April-12, 2006, Received on April 26, 2006. REConsideration, suspension proceeding Grant, Respectfully

IN THIS ALTERNATIVE -

Plaintiff Ask Honerable Federal Judge Allowing Appeal TAKING to U.S. District Appeal's Court for the District Circuit -- where the above genuine FACTS, claims evidences may not be correct to Law - this court stands for - (persuant to 1979 3(d) Directives to clear office

All the above statements, FACTS, evidences are correct to the best of my knowledge.

Signed this day April 27, 2006 - [signature]

Mehretu Bulti
1785 Lincoln Rd. NE
Wash-D.C. 20002

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

*Exhibit I*

NOTE:- Received on 2/6/06
Time: 5 PM

Mihretu Bulti Dassa
1725 Lincoln Road NE
Washington, DC 20002

SUBURBAN MD
JUN 1 2006
PB METER 7127639
U.S. POSTAGE

20002/2115