UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasisa,                :
                              :
         Plaintiff,       :
   v.                                  :         Civil Action No. 05-1398 (CKK)
                              :
District of Columbia                 :
Housing Authority,                   :
                              :
         Defendant.     :

## ORDER

Plaintiff moves, pursuant to Fed. R. Civ. P. 60, for relief from the Order of dismissal entered on April 12, 2006. In the alternative, plaintiff moves to notice his appeal of the Order. The motion for relief merely reiterates assertions previously considered and therefore presents no basis for relief under Rule 60. Accordingly, it is

ORDERED that plaintiff's motion for relief from the Order of dismissal [Dkt. No. 11] is DENIED; it is

FURTHER ORDERED that plaintiff's motion for a declaration that the current motion was received on April 26, 2006 [Dkt. No. 10] is DENIED, inasmuch as the Clerk's "Received" stamp is dated April 27, 2006; and it is

FURTHER ORDERED that the Clerk shall notice plaintiff's appeal as filed on April 27, 2006.

                                             _____s/s_____
                                             COLLEEN KOLLAR-KOTELLY
Date: August 3, 2006                   United States District Judge

Paper Copy to:

Mihretu Bulti Dasisa
1725 Lincoln Road NE
Washington, DC 20002