UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.
April-27, 2006.

RECEIVED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mihretu Bulti Dadisa
1725 Lincoln Rd, NE
Washington DC-20002-
      Plaintiff-

CASE NO: 05-1398(CKK)

D.C. Housing Authority
1133 N. Capitol, ST-NE-
Wash-DC-20002-7599.
      Defendent-

Leave to file granted as of received stamp 4/27/06.
Judge CK[ollar]-K[otelly]
8/1/06

(1) MOTION FOR RELIEF FROM ORDER AND MEMORANDUM
    ENTERED ON April-12, 2006; Recied April 26/06

(2) OR: - ALTERNATIVE:
    MOTION FOR NOTICE OF APPEAL TAKING TO
    DISTRICT APPEAL CIRCUIT COURT
    (persuant to Fed-R-60 (Sect-a,b,1,2,3,6--)
    (persuant to Fed-R-1979 3(d) Respectively-

1- NOTICE is hereby Given that plaintiff above named Appeal to Honerable Federal Judge from Final ORDER And MEMORANDUM entered on April 12, 2006-Received on April-26, 2006 After 14 days delay in postal process- IN And out -intitled to this Appeal-
    See:- Exhibit I Attached -Mail stamp-

2- Plaintiff Respectfully Honer, and accept Courts ORDER And MEMORANDUM- As assumed alleged FACTS to be TRUE drawing inferance in plaintiff's favor. TO PROVE, IN SUPPORT OF CLAIM TO THIS RELIEF.
    A. This case was Filed in U.S. District Court in Sacramento for local Appartment owner

-2-

violated equal opportunity to public-accommodation, Rent And lease signed but cancelled, Refussing; Honering sect-8 Rent contract entred with plaintoff -- that involved CALIFORNIA STATE HUD DIRECTOR - U.S. Congress for Judicial Directory to Rule of Law these Constitutional and Law Authorities Received the Cause of this Lawsuit.

B. Sacramento HUD was ORDERED FORWARED Sect-8 Certificate for D.C. Housing on or between 4/5/97 to 4/5/98 while Same case was filed in U.S. District Court in Sacramento - on Pending (year 1997.)

C- Because Complaint pro-se proceeding Grant delayed; higher school Regestration Approched, Moved to washington D.C. Claimed Section 8, Re-Certification on 6/23/98 - According to U.S. HUD, Rules, Regulatory policy.

D. Defendent D.C. Housing Authority Addmitted in its Affidavit, signed by Mr. Darlone A. Saunders -- dated on 23, Dec-1998 page 3, (Sect- 8-13) Stating "<u>VERIFICATION REQUIRED TO GRANT OR DENY Sect-8 Federal Housing Assistance Re-Certification in D.C.</u>" THIS- proves: (1) Denial of intitlment before HUD Rules, Regulations, FACT, and Evidences Forwarded from Sacramento is A MISTAKE (2) No Reason was presented to this court than Denial based on CASE ON MOTION in U.S. District court - while sacramento

STATE Governer's OFFICE, U.S. Congress, and U.S. Court against School, and RENT Discremination filed Legally for Correction.

(3) Plaintiff ORDERED Sacramento City, HUD that sided Appartment owners; School discremination issue on or between 3/20/97 - and 4/5/98 before 15 days extenson date expired -- and went U.S. Court for Pending Complaint filed (1997 - available as Fed-R-56(f) when need be - to justify this claim as TRUE this court assumed to proof. ---

(4) It is HUD's Policy through out United State beneficiary of Sect-8 Certificate ONLY carry Re-Certification Copy provided to it where city it goes to -- that was addmitted by Defendant's Affidavit page 3, Sect-(3-8) Attached - undeniable FACT besides, Fed-R-65(f) to enforce - HUD Regulations NOT Produced, but miss-led this Court decission on April-12, 2006 --

(5) Plaintiff has proved Correct on Dispositive Motion Response ORDERED on 9/19/05 -- page 3, I, Sect(1) (A, B, C, D) filed TRUE, And FACT to support this claim besides HUD's Rules, Regulatory Policy Persuant to Fed-R-65(f)(b) Justifies this FACT -- producing it to Court Inspection. Proves:- April 12, 2006, ORDER And Memorandum was based on UNVARIFIED denial of Excess in HUD-D.C.-Mistake-

-4-

6- SUMMARY TO CONCLUSAL TO THE LAW -
(1) From standing point of Federal Rules of Evidence on trial -- and Affidavit page 3 of Defendent Sect - (3-8) ORDER And Memorandum entred on April 17, 2006 has proceedural VERIFICATION OF FACT ERROR - to deny or Grant Sect-8 HUD intitlement that was mis-interpreated in this court - Honerable judge attention plaintiff is Appealling for fair and Equitable justice denied in D.C. HUD.

(2) Section 8 Certificate brought to D.C. HUD as Mr. Darline A. Saunder Affidavit Expired in Sacramento -- see page 3, sect (3-8) but Addmitted both failed to harm plaintiff - Required VERIFICATION, when FORWARD ORDER Requested, and Case on MOTION in U.S. District court in Sacramento proves: - ERROR OF Law, policy, and Constitution Rights this court stands for.

(3) As in the Rules of Evidences in court trial Section on PRIVILEGE :- It states that: "Otherwise Relevant Evidence can be excluded to protect Certain Relationships where Confidencial Communications are Assumed" - proves: - HUD Sacramento And D.C. HUD Not to VERIFY Fed. intitlment sect-8, HUD Regulatory policy -- for Reasons, NOT TO Testify ONE against the other to harm

-5-

see:- Fed-R-201-Sect (a-g) There could be no previllage violating plaintiff's Right's based on -(a)(equal justice for all)

see:- Fed-R-56 (f) To justify this claim as True, Genuin, and trustworthy.

(4) CIVIL RULE TRIAL-FED-RULE OF Evidence: ON RELEVANCE:- states that "ONLY Evidence that might help prove or disprove a desputed FACT in the case is RELEVANT and therefore "AFFIDAVIT of Deffendent Page 3 (3-8) is admissable FACT As TRue, NOT VERYFIED before Denial of Sect-8 intitlment, Violating Federal statues, HUD Regulatory Requirement to show this court (failed)"- Therefore, ORDER And Memorandum based on UNVERIFIED FACT IS, IRRELEVAT to the LAW And Constitution that Defendent mis-led this court be corrected to Honerable Court Review, ORDER to cheak office for Relief :- plaintiff Respectfully Requesting.

(4) VEGUE:- Defendent assertion Complain itself "too Vague" to state claim or cause of Action is self-contradictory for Affadavit proved on page 3 sect (3-8) CAUSE OF Action was NOT VERIFIED Action taken at its jurisdiction violated Federal statues, and mis-led this court ORDER OF April 12, 2006 And MEMORANDUM that this court has A power to correct it.

(5) Information this court was looking as Stating Claim - FACTS, evidences as within

(A) Sect-8 Certificate handed to D.C-HUD-

(B) producing public-RECORD AT ITS custody for justification is HUD-Authorities duty of Federal Rules Regulation enforcement - that Plaintiff based its claim to justify - Housing and other discreminatory Acts systematically Existed for court Inspection on question
→ see: - Fed-Rule 56(f)

As this CASE PROVED PERSONWAL - NOT FEDERAL - ERROR At D.C.HUD:

Plaintiff Appeal to Honerable Constitutional and Law Federal Judge Relief from ORDER And Memorandum Entered on April-12, 2006, Received on April 26, 2006. REconsideration, suspension proceeding Grant, Respectfully

IN THIS ALTERNATIVE—

Plaintiff Ask Honerable Federal Judge Allowing Appeal TAKING to - U.S. District Appeal's Court for the District Circuit -- where the above genuine FACTS, claims Evidences may not be Correct to Law- this court stands for - (persuant to 1979 3(d) Directives to Clear Office

All the above statements, FACTS, evidences are correct to the best of my knowledge.

Signed this day April 27, 2006 -

Mehretu Bulti
1785 Lincoln Rd. NE
Wash-D.C. 20002

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

※ Exhibit I

NOTE:- Received on 2/6/06
Time: 5PM

Mihretu Bulti Dassu
1725 Lincoln Road NE
Washington, DC 20002

SUBURBAN MD
JUN 2006
PB METER 7127639
U.S. POSTAGE

20002/2115