UNITED STATE DISTRICT COURT
FOR DISTRICT OF Columbia

- Mihretu Bulto DASISA -
1355 New York Ave. NE -
Washington DC - 20002 -
        plaintoff -
- Housing Authority
    District of Columbia.
            Defendant

RECEIVED
JUL - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NO:
→ 1-05-CV-1398
    CKK

NOTICE OF ADDRESS Change

→ IMPORTANT

Plaintoff - send the new Address to Clerk of court - Respectfully For CASE NO: 1398 Above - any mail can be sent to new Address Above - 1355 New York Av. NE Washington DC - 20002

Respectfully

7/7/06

* Mihretu Bulto
Dasisa —
1355 NY-Av. NE
Wash-DC-20002-
202-832-2359

CLOSED, JURY, PROSE-NP, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01398-CKK
### Internal Use Only

DASISA v. DISTRICT OF COLUMBIA HOUSING AUTHORITY
Assigned to: Judge Colleen Kollar-Kotelly
Demand: $5,000,000
Cause: 28:1331 Fed. Question

Date Filed: 07/13/2005
Jury Demand: Plaintiff
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: U.S. Government Defendant

**Plaintiff**

MIHRETU BULTI DASISA        represented by  MIHRETU BULTI DASISA
                                             1725 Lincoln Road NE
                                             Washington, DC 20002
                                             (202) 635-1041
                                             PRO SE

V.

**Defendant**

DISTRICT OF COLUMBIA        represented by  Hans Froelicher, IV
HOUSING AUTHORITY                            DC HOUSING AUTHORITY
                                             Office of General Counsel
                                             1133 North Capitol Street, NE
                                             Suite 210
                                             Washington, DC 20002
                                             (202) 535-2835
                                             Fax: (202) 535-2521
                                             Email: hfroelic@dchousing.org
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 07/11/2005 | ● | SUMMONS Not Issued as to DISTRICT OF COLUMBIA HOUSING AUTHORITY (td, ) (Entered: 07/14/2005) |
| --- | --- | --- |
| 07/13/2005 | ●1 | COMPLAINT against DISTRICT OF COLUMBIA HOUSING AUTHORITY filed by MIHRETU BULTI DASISA.(td, ) (Entered: 07/14/2005) |
| 07/13/2005 | ●2 | MOTION for Leave to Proceed in forma pauperis by MIHRETU BULTI DASISA. (td, ) (Entered: 07/14/2005) |
| 07/13/2005 | ●3 | NOTICE OF RELATED CASE by MIHRETU BULTI DASISA. Case related to Case No. 05-807 CKK. (td, ) (Entered: 07/14/2005) |
| 07/13/2005 | ● | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis . Signed by Judge Richard J. Leon on 7/11/05. (td, ) (Entered: 07/14/2005) |
| 08/19/2005 | ● | Summons Issued (1) as to DISTRICT OF COLUMBIA HOUSING AUTHORITY. (td, ) (Entered: 08/22/2005) |
| 08/22/2005 | ●4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DISTRICT OF COLUMBIA HOUSING AUTHORITY served on 8/22/2005, answer due 9/12/2005 (td, ) (Entered: 08/24/2005) |
| 09/12/2005 | ●5 | MOTION to Dismiss by DISTRICT OF COLUMBIA HOUSING AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Froelicher, Hans) (Entered: 09/12/2005) |
| 09/19/2005 | ●6 | Order advising plaintiff to respond by October 21, 2005 to defendant's motion to dismiss or the Court will treat the motion as conceded and may dismiss the case. Signed by Colleen Kollar-Kotelly on 9/19/05. (ah) (Entered: 09/19/2005) |
| 09/28/2005 | ●7 | Memorandum in opposition to motion re 5 to dismiss filed by MIHRETU BULTI DASISA. (td, ) (Entered: 10/10/2005) |

| | | |
|---|---|---|
| 04/12/2006 | 8 | ORDER granting [Dkt. # 5] Defendant's Motion to Dismiss and dismissing the case for the reasons stated in the Memorandum Opinion issued separately this day. Signed by Judge Colleen Kollar-Kotelly on 4/12/06.(ah) (Entered: 04/12/2006) |
| 04/12/2006 | 9 | MEMORANDUM OPINION accompanying Order of dismissal filed separately this day. Signed by Judge Colleen Kollar-Kotelly on 4/12/06. (ah) (Entered: 04/12/2006) |
| 04/12/2006 | | ***Civil Case Terminated. (dot, ) (Entered: 04/25/2006) |