# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7138**  **September Term, 2006**

05cv01398

Filed On: March 16, 2007 [1028739]

Mihretu Bulti Dasisa,
    Appellant

v.

District of Columbia Housing Authority,
    Appellee



**BEFORE:**    Ginsburg, Chief Judge, Griffith and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the order to show cause filed December 26, 2006; and the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed appellant's complaint alleging the District of Columbia Housing Authority discriminated against him in refusing to accept his public housing voucher on the grounds that: (1) the complaint was too vague to set out a cognizable cause of action; (2) an affidavit appellant himself submitted from an Authority official demonstrated the reason the Authority did not accept the voucher was that it had expired; and (3) not only had appellant presented no evidence the decision was based on "race, color, or national origin," 42 U.S.C. § 2000d, his own evidence belied such a claim.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk